IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : REDACTED |
| v. | : Criminal Action No. 07- 03 |
| JUDITH A. MARGASS, | : |
| Defendant. | : |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

1. From in or around April 2004 to in or around December 2004, in the State and District of Delaware, Judith A. Margass, defendant herein, for the purpose of obtaining general assistance welfare benefits, and with the intent to deceive Delaware Health and Human Services ("DHSS"), falsely represented that a Social Security number was the Social Security number assigned to her by the Commissioner of Social Security, when, in fact, that number had been assigned to C.S. and the defendant knew it was not the Social Security number assigned to the defendant, in violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT TWO

2. From in or around April 2004 to in or around December 2004, in the State and District of Delaware, Judith A. Margass, defendant herein, did knowingly use, without lawful authority, a means of identification of another person, specifically, the name, date of birth, and Social Security number of C.S., with the intent to commit an unlawful activity that constitutes a felony violation of federal law, to wit, access device fraud in violation of Title 18, United States Code,

FILED

JAN 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Section 1029(a)(2), said conduct affecting interstate commerce, all in violation of Title 18, United States Code, Section 1028(a)(7).

## COUNT THREE

3. From in or around April 2004 to in or around December 2004, in the State and District of Delaware, Judith A. Margass, defendant herein, did knowingly and with intent to defraud use an unauthorized access device, to wit, a Delaware Food First EBT card and a State of Delaware Medical Assistance Program card in the name of C.S., during a one-year period, thereby obtaining property valued in excess of $1,000, said conduct affecting interstate commerce, all in violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT FOUR

4. From in or around July 15, 2004 to in or around December 2004, in the State and District of Delaware, Judith A. Margass, defendant herein, did knowingly use, without lawful authority, a means of identification of C.S. during and in relation to a violation of the access device fraud statute, Title 18, United States Code, Section 1029(a)(2), as set forth in Count III, incorporated herein by reference, all in violation of Title 18, United States Code, Section 1028A.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _Sophie E. Bryan_ (signature)
Sophie E. Bryan
Assistant United States Attorney

Dated: January 9, 2007

2