IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 07-03-JJF |
| JUDITH A. MARGASS, | ) ) ) |
| Defendant. | ) |

**MOTION FOR ISSUANCE OF BENCH WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby moves the Court to issue a bench warrant for the arrest of the defendant, Judith A. Margass, based upon her failure to comply with a Court-issued summons to attend an Initial Appearance in the above-listed matter scheduled for 1 p.m. on January 25, 2007. Upon information and belief, the defendant received timely notice of the hearing.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: January 25, 2007

SO ORDERED _____ DATE 1/25/07

FILED
JAN 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE