AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

Judith A. Margass

Case Number:     CR 07-03 (UNA)

Wilmington, DE 19805

(Name and Address of Defendant)

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | 1/25/07 at 1:00 P.M. |

\*\* Please report to the U.S. Marshal's office Rm #100 by NOON

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title    42    United States Code, Section(s)    408(a)(7)(B)

Brief description of offense:

FRAUD IN CONNECTION WITH SOCIAL SECURITY NUMBER



FILED
JAN 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Evette Watson, Deputy Clerk
Signature of Issuing Officer

1/11/07 in Wilmington, DE
Date

Peter T. Dalleo, Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☒ Returned unexecuted: _did not appear; did not sign for cert mail._

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  1/25/07
Date

DW Thomas
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

