AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

JUDITH MARGAS

**WARRANT FOR ARREST**

Case Number: CR 07-03-JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JUDITH MARGAS _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

FOR FAILURE TO APPEAR FOR INITIAL APPEARANCE

FILED
FEB -2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO
Name of Issuing Officer

BY: _____ ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

JANUARY 25, 2007   at   WILMINGTON, DE
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

844 King St Wilm DE

DATE RECEIVED
1-25-07

DATE OF ARREST
1-24-07

NAME AND TITLE OF ARRESTING OFFICER
William Daniel Dunn

SIGNATURE OF ARRESTING OFFICER
William Dunn