IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CR. No. 07-03-JJF |
| JUDITH MARGASS, | : |
| Defendant. | : |

### NOTICE OF SUBSTITUTION OF COUNSEL
### AND ENTRY OF APPEARANCE

Notice is hereby given to the substitution of Shannon T. Hanson, Assistant U.S. Attorney, in place of Sophie Bryan as the attorney for the Plaintiff in the above-captioned case.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                                        BY: /s/ Shannon T. Hanson
                                        Shannon T. Hanson
                                        Assistant United States Attorney

Dated:   May 8, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
: 
Plaintiff, :
:
v. : CR. No. 07-03-JJF
:
JUDITH MARGASS, :
:
Defendant. :

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 8th day of May, 2007, I caused copies of the foregoing Notice of Substitution of Counsel and Entry of Appearance to be served on the following counsel in the matter indicated as follows:

        Edson Bostic
        Assistant Federal Public Defender
        First Federal Plaza
        704 King Street, Suite 110
        Wilmington, DE 19801

                /s/ Marie Steel
        Marie Steel
        Legal Assistant