# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Christopher S. Koyste**
Assistant Federal Public Defenders

**Tieffa Harper**
Research & Writing Specialist

May 11, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE  19801

      Re:    *United States v. Judith Margass*
              **Criminal Action No.: 07-03-JJF**
              <u>**Our File No.: 2007-00094**</u>

Dear Judge Farnan:

      As requested, enclosed please find a Proposed Order in the above captioned matter. The government has previously reviewed the Proposed Order and, therefore, it is being jointly submitted to the Court for its consideration.

                                            Respectfully submitted,

                                            Edson A. Bostic
                                            Federal Public Defender

EAB/lmo

Enclosure

cc:    Shannon T. Hanson, Assistant United States Attorney
       Judy Margass, Defendant



FILED
MAY 1 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE