IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-03-JJF |
| JUDITH MARGASS, | : | |
| Defendant. | : | |

ORDER

AND NOW, this 14 day of May, 2007, upon consideration of Defendant's Oral Unopposed Motion for Postponement of Trial and for Status Conference, it is hereby **ORDERED** that the Motion is **GRANTED**, and the trial in this matter is postponed. Instead, a Status Conference is scheduled for September 19, 2007 at 9:00 a.m.

It is further **ORDERED** that, two weeks prior to the Status Conference, Counsel for the parties will submit a joint letter informing the Court as to the current status of Defendant's medical condition.

The Court finds that the ends of justice served by granting this Motion outweigh the public's interest and Defendant's right to a speedy trial. The Court also finds that this continuance furthers the ends of justice by allowing the defendant reasonable time to obtain necessary medical treatment, and by allowing Defense Counsel time to complete his investigation.

The time from the filing of the Defendant's underlying Motion (May 3, 2007) until the Status Conference listing shall be excludable, pursuant to 18 U.S.C. §3161(h)(8)(A).



FILED

MAY 14 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

It is so **ORDERED**.

BY THE COURT:

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
United States District Court Judge