IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07 –03 JJF |
| JUDITH MARGASS, | : | |
| Defendant. | : | |

### JOINT MOTION FOR CONTINUANCE

The United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, and Edson Bostic, Esq., counsel for the above-named defendant, hereby move this Court to postpone trial in the above-captioned matter until a date certain after February 1, 2008, and for their reasons state as follows:

(1) On May 4, 2007, the Court held a status conference at which time the parties agreed that a continuance to assess the defendant's medical condition was appropriate. Thereafter, by Order dated May 14, 2007, the Court granted the parties' request for a postponement of trial. That Order directed counsel to submit a joint letter on or before September 7, 2007 "as to the current status of the defendant's medical condition." D.I. 16.

(2) On September 7, 2007, the parties submitted for the Court's consideration the report of Allan M. Tepper, J.D., Psy.D., dated August 23, 2007. Having reviewed and discussed Dr. Tepper's report, the parties requested that the Court schedule trial in this matter for a date no earlier than February 1, 2008, consistent with the Court's calendar. The parties noted their intent to use the time to obtain additional medical records and to attempt a pre-trial resolution of this

matter.

(3) The Court conducted a status conference on September 19, 2007, at which time the parties formalized their request for a postponement of trial. At the conference, the defendant agreed to waive her right to a Speedy Trial in favor of postponing the trial until a date certain in February, 2008. Defense counsel expressed his belief that the requested delay would be in the defendant's best interest.

(4) At the conclusion of the conference, the Court requested that the parties draft a proposed order regarding the continuance in the trial date. The Order is attached hereto.

WHEREFORE, the parties respectfully ask that the Court set a trial date in this matter for a date certain in February, 2008. A proposed form of order is attached for the Court's convenience.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

                                          By: /s/ Shannon T. Hanson
                                          Shannon T. Hanson
                                          Assistant United States Attorney
                                          1007 Orange Street, Suite 700
                                          P.O. Box 2046
                                          Wilmington, Delaware 19899-2046

Dated: September 20, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07–03 JJF |
| JUDITH MARGASS, | : |
| Defendant. | : |

### ORDER

Having conducted a September 19, 2007, status conference in the above-captioned case and for the reasons stated in the parties' Joint Motion for Continuance,

IT IS HEREBY ORDERED this ___ day of _____, 2007, that the parties' Joint Motion for Trial Continuance is GRANTED.

The trial is this matter is set for February _____, 2008.

The pretrial conference in this matter is set for _____, 2008.

                                                                                                                 _____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07 –03 JJF |
| JUDITH MARGASS, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Shannon T. Hanson, hereby certify that on September 20, 2007, I caused the foregoing Joint Motion for Continuance and Proposed Order to be served on the following counsel in the manner indicated:

**BY CM/ECF**

Edson Bostic, Esquire
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com

Attorney for Judith Margass

Shannon T. Hanson