IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07 –03 JJF |
| JUDITH MARGASS, | : | |
| Defendant. | : | |

## ORDER

Having conducted a September 19, 2007, status conference in the above-captioned case and for the reasons stated in the parties' Joint Motion for Continuance,

IT IS HEREBY ORDERED this 24 day of SEPTEMBER, 2007, that the parties' Joint Motion for Trial Continuance is GRANTED.

The trial is this matter is set for February 4, 2008.

The pretrial conference in this matter is set for JAN. 10, 2008. AT 2:30 P.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE