UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-03-JJF |
| | : | |
| JUDITH A. MARGASS, | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

**PLEASE** add the appearance of Keir Bradford, Esquire as attorney and co-counsel of record on behalf of Defendant, Judith A. Margass, in the above-captioned matter.

/s/
KEIR BRADFORD
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
ecf_de@msn.com

DATED: January 10, 2008