IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-003 JJF |
| JUDITH A. MARGASS, | : |
| Defendant. | : |

**O R D E R**

At Wilmington, this 22nd day of January, 2008, the defendant having entered a plea of guilty, IT IS HEREBY ORDERED that:

1) Sentencing in this matter is scheduled for **Friday, April 18, 2008 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) A Presentence Report ("PSR") shall be prepared by the United States Probation Office.

3) No later than **45 days** prior to sentencing, the United states Probation Office shall disclose to both parties a draft of the PSR. Within **14 days** of service of the draft PSR, the parties shall serve the United States Probation Office with a letter setting forth any objections to the draft PSR, and identify any departure or variance claims.



FILED
JAN 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4)  No later than **20 days** prior to sentencing, the United States Probation Office shall provide the Court and counsel with the final draft of the PSR.

5)  No later than **15 days** prior to sentencing, the parties may file Sentencing Memoranda or Motions for Downward Departure with the Court.

6)  No later than **8 days** prior to sentencing, any responsive Sentencing Memoranda or responses to Motions for Downward Departure may be filed with the Court.

IT IS FURTHER ORDERED that the foregoing schedule may only be modified with the permission of the Court for good cause shown.

                                                                         _/s/ Joseph J. Farnan Jr._
                                                                        UNITED STATES DISTRICT JUDGE