IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-03-JJF |
| JUDITH A. MAGRASS, | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING**

    Defendant, Judith Magrass, by and through her undersigned counsel, Edson A. Bostic, hereby moves the Court for an Order continuing the sentencing hearing in this case.

    In support of this motion, the defense submits as follows:

1. Ms. Magrass is scheduled for sentencing on April 18, 2008, at 11:00 a.m.

2. The Presentence Investigation interview was conducted on January 16, 2008. At that time, defense counsel was to provide additional documentation with regards to Ms. Magrass's medical and psychological history.

3. Defense counsel respectfully requests, that Ms. Magrass's sentencing be continued 30 days from the current scheduled sentencing date of April 18, 2008, to allow defense counsel to continue to get all necessary paperwork to Martin P. Durkin, United States Probation Officer for preparation of the Presentence Report (PSR). Furthermore, this will allow the parties adequate time to review the initial draft of the PSR and make any objections or corrections to the report, if necessary.

4.  Assistant United States Attorney, Shannon T. Hanson, counsel handling this case for the government, has no objection to the defense's continuance request.

**WHEREFORE**, Ms. Magrass respectfully requests that this Court issue an Order postponing the Sentencing Hearing for at least 30 days.

Respectfully submitted,

/s/
Edson A. Bostic, Esquire
Federal Public Defender

Attorney for Judith A. Magrass

One Customs House
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
ecf_de@msn.com

Dated: March 7, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-03-JJF |
| JUDITH A. MAGRASS, | : | |
| Defendant. | : | |

**ORDER**

In response to Ms. Magrass' Motion for Continuance of Sentencing, this Court **HEREBY ORDERS** on this _____ day of _____, 2008, that Defendant's sentencing hearing is rescheduled for the _____ day of _____, 2008 at _____ a.m./p.m.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court