IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-03-JJF |
| JUDITH A. MAGRASS, | : |
| Defendant. | : |

### ORDER

In response to Ms. Magrass' Motion for Continuance of Sentencing, this Court **HEREBY ORDERS** on this _12_ day of _March_, 2008, that Defendant's sentencing hearing is rescheduled for the _5_ day of _May_, 2008 at _11:30_ a.m./~~p.m.~~

_____
Honorable Joseph J. Farnan, Jr.
United States District Court

FILED
MAR 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE