IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-03-JJF |
| ) | |
| JUDITH MARGASS, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO DISMISS COUNT FOUR**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count Four of the Indictment returned on January 9, 2007.

COLM F. CONNOLLY  
United States Attorney

By: _____  
Shannon T. Hanson  
Assistant United States Attorney

Dated: July 9, 2008

**IT IS SO ORDERED** this __9__ day of __July_____, 2008.

_____  
HONORABLE JOSEPH J. FARNAN, JR.  
United States District Court